IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLA ALI BIN ALI AHMED, *et al.*, <br><br> *Petitioners/Plaintiffs*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents/Defendants*. | NOTICE OF CHANGE OF ADDRESS <br><br> Index No. 05-1678 (GK) |

      **PLEASE TAKE NOTICE** that the address of Ian Wallach, counsel to petitioners, has changed. The new address and contact information is as follows:

Ian Wallach
21 Quarterdeck Street, Unit A
Marina Del Rey, CA 90292
Tel: (310) 822-1587
Fax: (310) 823-3458
E-mail: iwallach@nyc.rr.com

Please direct all correspondence in this matter to this address from this point forward.

Dated: October 18, 2005

*Of Counsel*:

Barbara Olshansky (NY #0057)
Admitted pro hac vice
CENTER FOR CONSTITUTIONAL
   RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

Respectfully submitted,

_____
Ian Wallach (IW8631)
  Admitted *pro hac vice*
21 Quarterdeck Street, Unit A
Marina Del Rey, CA 90292
Tel: (310) 822-1587
Fax.: (310) 823-3458

*Counsel for Petitioners*