# EXHIBIT A

# washingtonpost.com

PRINT EDITION | Subscribe to
The Washington Post

NEWS   OPINIONS   SPORTS   ARTS & LIVING   Discussions   Photos & Video   Entertainment Guide   CLASSIFIEDS   JOBS   CAR

SEARCH:   ● News   ○ Web                                    go   powered by YAHOO! SEARCH


 mountain in Canada.

washingtonpost.com > Nation

**E-Mail This Page**
**Subscribe to The Post**

**MOST VIEWED ARTICLES**

Nation        On the Site

Updated 8:30 p.m. ET

- Miers Backed Abortion Ban in 1989
- The Conservative Machine's Unexpected Turn
- Wilma Becomes Hurricane
- Messages Depict Disarray in Federal Katrina Response
- Rumsfeld: China Understating Military





# Names of the Detained in Guantanamo Bay, Cuba

The Pentagon has declined to identify the detainees at Guantanamo Bay, most of whom were captured in Afghanistan during and after the 2001 war there. Below is the largest list of names made public thus far, encompassing: 367 men whose identities have appeared in media reports, on Arabic Web sites and in legal documents.

Some names came from family members of detainees who have sent letters home through the International Committee of the Red Cross. Seventy-three people on the list have been sent back to their home countries for further detention or for release. They are marked with an "R." Several of those have been interviewed by reporters.

Many names came from two Web sites that monitor the status of Guantanamo detainees: the Arabic-language Alasra (www.alasra.org) and the Britain-based CagePrisoners (www.cageprisoners.com). Alasra lists 202 names and CagePrisoners about 330. The two sites, which advocate the release of the detainees, have published lists of names, photographs and documents provided by families. Alasra is registered to an unknown individual in Saudi Arabia, and CagePrisoners is registered to a group of Muslim computer programmers based in Britain. Sixty-two names came from an official publication of the Yemeni Defense Ministry in January, and the names of 58 Pakistanis were published by a Pakistani newspaper in October 2002. In that same month, al Qaeda supporters in Afghanistan distributed a list naming "57 al Qaeda members" who were prisoners at Guatanamo.

### How the Names Made the List

For three years, Washington Post researchers have been compiling the names and countries of origin of detainees from unofficial, public sources: news accounts, legal documents, interviews with attorneys and relatives, and information from detainee support sites on the Web. The Post is printing only names that it has verified from a single reputable source or multiple sources. Some names have been transliterated from Arabic or have alternative spellings.

**Related story:** Holding Cell In War on Terror (*Post, May 2, 2004*)





### Guantanamo Bay Detainees by Last Name

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

© 2005 The Washington Post Company

Case 1:05-cv-01678-UNA    Document 5-2    Filed 10/19/2005    Page 3 of 3

**Sort the Detainees by Nationality**

*To view the sources for the names on the list, click on the numbers after each name.*

### A

| Name | Nationality | Released |
|------|-------------|----------|
| Aamer, Shaker Abdur-Raheem [122] | Saudi Arabia | |
| Abasin, Said [216, 90] | Afghanistan | R |
| Abbas, Muhammad [190] | Pakistan | |
| Abbasi, Feroz [221, 215] | UK | |
| Abd, Allah Ab Aljalil Abdal Rahman [122] | Yemen | |
| Abderrahmane, Slimane Hadj [214] | Denmark | R |
| Abdoh AKA Al Hag, Atag Ali [214] | Yemen | R |
| Abdul Rahman, Wesam [214] | Jordan | R |
| Abdullah, Abu [188] | Algeria | |
| Abdullah, Ahmad [121] | Morocco | |
| Abdullah, Jamal [138, 121] | Uganda | |
| Abdullah, Noorudeen [121] | Morocco | |
| Abdulraheem, Othman [3] | Yemen | |
| Abdulsalam, Reswan [215, 196] | Morocco | |
| Agha, Ismail [104] | Afghanistan | R |
| Ahmad, Ali [148] | Pakistan | R |
| Ahmad, Ejaz [190] | Pakistan | |
| Ahmad, Rashid Hasan [117] | Sudan | R |
| Ahmed, Hamed Abderrahman [215, 189] | Spain | R |
| Ahmed, Faluvi Abdullah [190] | Yemen | |
| Ahmed, Faruq Ali [190] | Yemen | |
| Ahmed, Ruhal [215] | UK | R |
| Ahmed, Sarfaraz [190] | Pakistan | |
| Ait Idir, Mustapha [206, 91] | Algeria | |
| Akhmyarov, Rustam [179] | Russia | R |
| Al Adahi, Mohamed [3] | Yemen | |
| Al Ajmi, Abdullah Saleh Ali [204, 5] | Kuwait | |
| Al Anazi, Abdullah [112] | Saudi Arabia | |

