IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLA ALI BIN ALI AHMED, *et al.*, ) | |
| ) | |
| *Petitioners/Plaintiffs*, ) | [PROPOSED] |
| ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ) | Index No. 05-1678 (GK) |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents/Defendants.* ) | |

  **AND NOW,** this \_\_\_\_ day of \_\_\_\_\_, 2005, upon consideration of Petitioners' motion to appoint Ian Wallach as counsel to Petitioners under 18 U.S.C. §3006A(a)(2)(B) and an award of costs (only, as legal fees and other expenses are being donated on a *pro bono* basis), it is hereby

  **ORDERED** that Petitioners' Motion is **GRANTED**. It is further

  **ORDERED** that the Court, at its convenience but no less than \_\_\_\_ times per year, and at the end of this action, shall evaluate Mr. Wallach's submissions for reimbursement and, upon the Court's approval, submit such invoices for reimbursement.

                BY THE COURT:

                _____
                U.S.D.J.