# EXHIBIT C

Case 1:05-cv-01678-UNA    Document 6-4    Filed 10/19/2005    Page 1 of 4

**Exhibit C**

```
b6 -1
b7C -1
```
— Iraqi detainee abus —   Page 1

**URGENT REPORT**

DATE:      JUNE 25, 2004

TO:        THE DIRECTOR

CC:        Deputy Director Bruce J. Gebhardt
           EAD Cassandra Chandler
           EAD John Pistole
           AD Grant Ashley
           AD Gary Bald
           SC Arthur Cummings

```
b6 -1
b7C -1
```
           UC [redacted]
           SSA [redacted]
           CT Watch
           SIOC

FROM:      SACRAMENTO DIVISION

FOR FURTHER INFORMATION CONTACT:   ASAC David A. Picard    b2 -1
                                   [redacted] (Main Office)
                                                                       b2 -1
PREPARER OF URGENT REPORT:   SSA [redacted]                            b6 -1
                                                                       b7C -1

```
b7A -1
b6 -3
b7C -3
b7D -1
```
PURPOSE: THE FOLLOWING INFORMATION PROVIDES INITIAL DETAILS FROM AN INDIVIDUAL [redacted] WHO OBSERVED SERIOUS PHYSICAL ABUSES OF CIVILIAN DETAINEES IN [redacted] IRAQ DURING THE PERIOD OF [redacted]. IT IS BEING FURNISHED TO THE DIRECTOR BASED UPON POTENTIAL SIGNIFICANT PUBLIC, MEDIA AND CONGRESSIONAL INTEREST WHICH MAY GENERATE CALLS TO THE DIRECTOR.

```
b7A -1
b6 -1,3
b7C -1,3
b7D -1
```
SUBJECT: PRELIMINARY STATEMENTS MADE BY [redacted] TO SACRAMENTO SPECIAL AGENTS [redacted] AND [redacted]

DESCRIPTION OF MATTER:

```
b7A -1
b6 -5
b7C -5
```
[redacted] was advised that the Sacramento Field Office was not aware of any such report.

DETAINEES-1609

1609
4910

Iraqi detainee abuses [redacted] | Page 2

b6 -1
b7C -1

## URGENT REPORT

b7A -1
b6 -3
b7C -3
b7D -1

[redacted] came into the Sacramento Field Office and provided the following:

[redacted]

observed numerous physical abuse incidents of Iraqi civilian detainees conducted in [redacted] Iraq. He described that such abuses included strangulation, beatings, placement of lit cigarettes into the detainees ear openings, and unauthorized interrogations. [redacted]

b7A -1
b6 -3,4
b7C -3,4
b7D -1

[redacted] was providing this information to the FBI based on his knowledge that [redacted] were engaged in a cover-up of these abuses. He stated these cover-up efforts included [redacted]

b7A -1
b6 -3,4
b7C -3,4
b7D -1

[redacted]

b7A -1
b6 -3,4
b7C -3,4
b7D -1

[redacted]

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

[redacted] advised that an individual did, in fact, make a complaint with Sacramento FBI Office concerning Iraqi prisoner abuse.

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

[redacted]

b7A -1
b6 -3
b7C -3
b7D -1

DETAINEES-1610

1610

4911

- Iraqi detainee abuses -                                                                 Page 3

b6 -1
b7C -1                                                          b7A -1
                                                                b6 -3
                            URGENT REPORT                       b7C -3
                                                                b7D -1

                                                                                          b7A -1
The Sacramento Division is continuing to interview              b6 -3
and will forward FBIHQ all details of his interview in future   b7C -3
communications. Investigation in Sacramento is continuing.      b7D -1

DETAINEES-1611

1611

4912