IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL ZAHIR, </br></br>    Petitioner, </br></br>v. </br></br>GEORGE W. BUSH, </br>    President of the United States, *et al.*, </br></br>    Respondents. | Civil Action No. 05-CV-1623 (RWR) |
| MOHAMMED RAJEB ABU GHANEM, *et al.*, </br></br>    Petitioners, </br></br>v. </br></br>GEORGE W. BUSH, </br>    President of the United States, *et al.*, </br></br>    Respondents. | Civil Action No. 05-CV-1638 (CKK) |
| AMEEN MOHAMMAD ALBKRI, *et al.*, </br></br>    Petitioners, </br></br>v. </br></br>GEORGE W. BUSH, </br>    President of the United States, *et al.*, </br></br>    Respondents. | Civil Action No. 05-CV-1639 (RBW) |

| | | |
|---|---|---|
| ALLA ALI BIN ALI AHMED, *et al.*, | ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1678 (GK) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ABDANNOUR SAMEUR, | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1806 (CKK) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| MAZIN SALIH AL-HARBI, | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1857 (CKK) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

## ATTORNEY APPEARANCE

    Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

Dated: October 20, 2005        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        DOUGLAS N. LETTER
        Terrorism Litigation Counsel

        /s/ Terry M. Henry
        JOSEPH H. HUNT (D.C. Bar No. 431134)
        VINCENT M. GARVEY (D.C. Bar No. 127191)
        TERRY M. HENRY
        JAMES J. SCHWARTZ
        PREEYA M. NORONHA
        ROBERT J. KATERBERG
        NICHOLAS J. PATTERSON
        ANDREW I. WARDEN
        EDWARD H. WHITE
        Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W.  Room 7144
        Washington, DC  20530
        Tel:  (202) 514-4107
        Fax:  (202) 616-8470

        Attorneys for Respondents