UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALLA ALI BIN ALI AHMED,** *et al.*, | : | |
| | : | |
| Petitioners/Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-1678 (GK) |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| Respondents/Defendants. | : | |

**ORDER**

And now, this 15th day of November, 2005, upon consideration of Petitioners' Motion for Preservation Order and any opposition and replies thereto and any arguments made at any hearings in this matter, it is hereby

**ORDERED**, that Petitioners' Motion is **granted**; and it is further

**ORDERED**, that Respondents shall **preserve** and **maintain** all evidence, documents, and information, without limitation, regarding the treatment, detention, and grounds for detention (including, but not limited to, evidence, documents and information, without limitation, regarding the abuse, torture, and mistreatment) of Petitioner Alla Ali Bin Ali Ahmed at the Guantanamo Bay detention facility, currently maintained by any governmental office or agency, or otherwise within Respondents' possession, custody, or control;[1] and it is further

**ORDERED**, that Respondents shall **preserve** and **maintain** all evidence, documents, and information, without limitation, referring to Petitioners currently maintained by any governmental office or agency, or otherwise within respondents' possession, custody, or control; and it is further

---

[1] The term "documents" is defined in accorance with Fed. R. Civ. P. 33 and includes all information maintained in electronic format.

**ORDERED**, that Respondents shall **preserve** and **maintain** all evidence, documents, and information, without limitation, identified in Petitioners' Motion currently maintained by any governmental office or agency, or otherwise within Respondents' possession, custody, or control.

**BY THE COURT**:

/s/
Gladys Kessler
United States District Judge