### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALLA ALI BIN ALI AHMED,** *et al.*, | ) | |
| | ) | |
| *Petitioners/Plaintiffs*, | ) | |
| | ) | **Civ. Action No. 05-1678 (GK)** |
| | ) | |
| **v.** | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| | ) | |
| **GEORGE W. BUSH,** *et al.*, | ) | |
| | ) | |
| *Respondents/Defendants*. | ) | |

PLEASE TAKE NOTICE that the undersigned counsel will represent ALLA ALI BIN ALI AHMED and WAGDI ALI BIN ALI in this matter. Service upon counsel may be made to:

Gitanjali S. Gutierrez, Esq.
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Tel.: (212) 614-6485
Fax: (212) 614-6499
E-mail: ggutierrez@ccr-ny.org

Respectfully submitted,

_____/s/_____
Gitanjali S. Gutierrez (GG1234)
**CENTER FOR CONSTITUTIONAL
RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Tel.: (212) 614-6845
Fax: (212) 614-6499
E-mail: ggutierrez@ccr-ny.org

*Counsel for Petitioners*

Dated: Nov. 18, 2005

## CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Counsel for Petitioners certifies pursuant to L. Cv. R. 83.2(g), that she is representing Petitioners without compensation.


Dated:   Nov. 18, 2005

                                        _____/s/_____

                                        Gitanjali S. Gutierrez (NY1234)
                                        **CENTER FOR
                                        CONSTITUTIONAL RIGHTS**
                                        666 Broadway, 7th Floor
                                        New York, NY 10012
                                        Tel.: (212) 614-6845
                                        Fax: (212) 614-6499
                                        E-mail: ggutierrez@ccr-ny.org