UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLA ALI BIN ALI AHMED, <u>et al.</u>, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) ) ) Civil Action No. 05-1678 (GK) |
| GEORGE W. BUSH, <u>et al.</u>, | ) ) ) |
| Respondents. | ) ) |

<u>**O R D E R**</u>

This matter is before the Court on Respondents' Motion to Stay [**#13**]. Upon consideration of the Motion, Opposition, and Reply, and the entire record herein, it is hereby

**ORDERED** that Respondents' Motion to Stay, [**#13**], is **granted in part**, and this case is stayed pending resolution of the appeals in <u>Khalid v. Bush</u>, 04-1142, and <u>In re Guantanamo Detainee Cases</u>, 02-299; it is further

**ORDERED** that the stay shall not prevent the parties from filing motions for emergency relief, if necessary; it is further

**ORDERED** that the Protective Orders attached to Respondents' Motion as Exhibits A, B, and C, be issued in this case; it is further

**ORDERED** that the Preservation Order entered in this case on November 16, 2005 remain in effect during the pendency of the stay; it is further

**ORDERED** that Respondents must provide 30-days notice, to the Court and opposing counsel, of any transfer of Petitioners from

the United States Naval Base at Guantanamo Bay, Cuba; it is further

**ORDERED** that Respondents shall submit factual returns within 90 days of the issuance of this Order; and it is further

**ORDERED** that Petitioners' request that the Government immediately provide certain information related to their clients' health, participation in the hunger strike, classification as an "enemy combatant," and identification number, is **denied.**

_____       \_\_/s/_____
                                GLADYS KESSLER
                                United States District Judge

December 7, 2005

**Copies to**: Attorneys of record via ECF