IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLA ALI BIN ALI AHMED, *et al.*, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, ) <br> President of the United States, ) <br> *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-CV-1678 (GK) |

**(PROPOSED) ORDER**

Having considered Respondents' Motion to Stay Production of Factual Return, it is hereby

ORDERED that Respondents' Motion is GRANTED. Respondents' obligation to produce a factual return is stayed pending resolution of the effect of the Detainee Treatment Act of 2005 on this case.

IT IS SO ORDERED.

Dated: _____          _____
                                                                                  United States District Judge