# EXHIBIT C

# Ian Wallach

| | |
|---|---|
| **From:** | Preeya.Noronha@usdoj.gov |
| **Sent:** | Friday, February 03, 2006 1:41 PM |
| **To:** | iwallach@nyc.rr.com (Receipt Notification Requested) (IPM Return Requested) |
| **Subject:** | RE: Ali Ahmed v. Bush, No. 05-CV-1678 (GK) |

Ian,

Respondents' position is that we should not be required to submit any factual returns until the effect of the DTA on the habeas cases is resolved. I will note that you oppose our motion. Have a pleasant weekend.

Regards,
Preeya

-----Original Message-----
From: iwallach@nyc.rr.com [mailto:iwallach@nyc.rr.com]
Sent: Friday, February 03, 2006 4:36 PM
To: Noronha, Preeya (CIV)
Cc: bolshan@ccr-ny.org; ggutierrez@ccr-ny.org
Subject: RE: Ali Ahmed v. Bush, No. 05-CV-1678 (GK)


Hi Preeya,


        Regarding your request of February 1 to postpone the production factual returns, I am not in complete agreement with your understanding of the Court's desires and not inclined to consent to the request for an indefinite extension. However, If you need an additional week or two to provide the returns -- due to administrative burdens -- I would of course be willing to grant this courtesy. I would prefer to do this by stipulation, and this email in itself should not be considered consent to any request.



        Should you have any questions or wish to discuss this further, please do not hesitate to call.



Sincerely,



Ian Wallach




California Office:

Wallach Law Offices, P.C.

21 Quarterdeck Street, Suite A

Marina del Rey, CA  90292

Tel:  310.574.1020

Fax: 310.823.3458

1

New York Office:

Wallach Law Offices, P.C.

1133 Broadway, Suite 706

New York, NY 10010

Tel.: 212.691.5157



*******************************************

_____

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.




-----Original Message-----
From: Preeya.Noronha@usdoj.gov [mailto:Preeya.Noronha@usdoj.gov]
Sent: Wednesday, February 01, 2006 2:35 PM
To: iwallach@nyc.rr.com (Receipt Notification Requested) (IPM Return Requested)
Subject: Ali Ahmed v. Bush, No. 05-CV-1678 (GK)


Dear Ian:


It is our understanding that it is the sense of the Court in the Guantanamo detainee cases that it wishes to await anticipated guidance from the D.C.
Circuit regarding the effect of the Detainee Treatment Act of 2005 before proceeding further in the cases.  Thus, respondents intend to request that the Court stay its order requiring production of a factual return in this case until the effect of the Act on the Court's jurisdiction in this case is resolved.  We plan to file a motion to stay this week.  Please let me know as soon as possible if you oppose or consent to such a motion.



Regards,


Preeya Noronha



Preeya M. Noronha

Trial Attorney

2

United States Department of Justice

Civil Division, Federal Programs Branch

20 Massachusetts Avenue, N.W., Rm. 7226

Washington, D.C. 20530

Tel: (202) 514-3338

Fax: (202) 616-8202

E-mail: preeya.noronha@usdoj.gov

3