IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLA ALI BIN ALI AHMED,**   <u>et</u> <u>al.</u>, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-CV-1678(GK) ) ) ) |
| **GEORGE W. BUSH, <u>et</u> <u>al.</u>,** | ) ) |
| Respondents. | ) |

[PROPOSED]
<u>O R D E R</u>

This matter is before the Court on Respondents' Motion to Stay Production of Factual Returns [**#21**]. Upon consideration of the Motion, Opposition, and Reply, and the entire record herein, it is hereby

**ORDERED** that Respondents' Motion to Stay Production of Factual Returns [**#21**] is denied.

_____        _____/s/_____
                                      GLADYS KESSLER
                                      United States District Judge

_____

<u>Copies to</u>: Attorneys of record via ECF