Ian Wallach
21 Quarterdeck Street, Unit A
Marina del Rey, CA  90292, Tel.: 310.822.1587  Fax: 310.823.3458

*Notice filed via electronic mail*

February 13, 2006

Hon. Gladys Kessler
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.  20001

    Re:    <u>Ali Ahmed, et al. v. Bush, et al.</u>, Index No.: 05-1678

Dear Judge Kessler,

    I am counsel to petitioner Alla Ali Bin Ali Ahmed.  I have learned that the opposition to the pending motion to stay production of factual returns, filed on Friday, February 10, 2006 (Docket Entry No. 23) contains a citation error.

    Footnote 3 contains a statement made in Congress reiterating that the Detainee Treatment Act was not meant to apply retroactively.  In the opposition, I attributed that statement to Senator Lieberman.  However, it was made by Senator Durbin (S. Cong. Rec. 14, 251-52). I apologize for this error.

                                             Respectfully Submitted,
                                             /s/
                                           Ian Wallach

cc:    P. Noronha    (*via electronic mail*)
        G. Gutierrez    (*via electronic mail*)
        B. Olshanksy    (*via electronic mail*)