IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALLA ALI BIN ALI AHMED,** *et al.*, | ) | |
| | ) | |
| *Petitioners*, | ) | |
| | ) | |
| v. | ) | **NOTICE OF SUPPLEMENTAL AUTHORITY** |
| | ) | |
| **GEORGE W. BUSH,** *et al.*, | ) | |
| | ) | **Civil Action No.;** |
| *Respondents*. | ) | **05-CV-1678 (GK)** |

1.   Petitioner Alla Ali Bin Ali Ahmed ("petitioner") herein provides notice of supplemental authority related to Respondents' Motion to Stay Production of Factual Returns, currently pending before this Court (Dkt. No. 21). Based on subsequent orders of this Court and recent conduct of respondents -- directly related to respondents' motion -- this Court needs to be advised thereof and a comment contained in respondents' motion should be stricken or modified accordingly.

2.   Respondents made the following representation:

> 5. Two other Judges of the Court have recently entered orders in the Guantanamo detainee cases pending before them denying without prejudice all previously pending motions and staying "all action" in the cases "pending the jurisdictional ruling of the District of Columbia Circuit." See January 11, 2006 Order in Gherebi v. Bush, No. 04-CV1164 (RBW), et al.; January 27, 2006 Order in Begg v. Bush, No. 04-CV-1137 (RMC) et al. This Court should likewise stay the currently-required production of a factual return in this case pending resolution of the Act on the case.

Respondents' Motion to Stay Production of Factual Return, Dkt. No. 21, ¶5.

3.   The only reasonable reading of this comment is that it is this Court's practice to relieve respondents of the obligation to produce factual returns.

4.   As written, and in light of recent activity, this statement does not accurately reflect this Court's orders.

5.   It has come to my attention that respondents filed a nearly-identical motion to the one before Your Honor in a matter pending before Judge Bates. *See Zaid, et al. v. Bush, et al.*, 05-1646 (JDB), Dkt. No. 16.  Judge Bates subsequently entered an order similar to those entered by Judges Collyer and Walton and cited by respondents in the comment above.[1]  In *Zaid*, this had the effect of *denying* respondents' motion to stay production of factual returns.  Respondents subsequently produced the factual returns on February 22, 2006.  *Zaid, et al. v. Bush, et al.*, 05-1646 (JDB), Dkt. No. 17.[2]

6.   For the reasons mentioned above and those currently before this Court, respondents' motion to stay production of factual returns should be denied.

Dated:  February 28, 2006                                      Respectfully submitted,

*Of Counsel*:                                                              _____/s/_____
                                                                                    Ian Wallach (IW8631)
Gitanjali S. Gutierrez (GG1234)                                 Admitted *pro hac vice*
   *Admitted pro hac vice*                                       21 Quarterdeck Street, Suite A
Barbara Olshansky (NY #0057)                             Marina del Rey, CA  90292
   *Admitted pro hac vice*                                       Tel.: (310) 822-1587
Center For Constitutional Rights                            Fax.: (310) 823-3458
666 Broadway, 7th Floor
New York, New York 10012                                  *Counsel for Petitioners*
Tel: (212) 614-6439
Fax: (212) 614-6499

---

[1]   Judge Bates' order was as follows: NOTICE: In light of the enactment of the Detainee Treatment Act of 2005 ("DTA"), Pub. L. No. 109-148, Secs. 1001-06, 119 Stat. 2680, 2739-44, as well as the recent order of the United States Court of Appeals for the District of Columbia Circuit setting a briefing and argument schedule on the question of the DTA's effect on federal courts' jurisdiction over habeas claims brought by Guantanamo detainees, and finding no cause for immediate intervention by this Court to resolve the threshold question of continuing jurisdiction, the Court shall, without addressing the jurisdictional question, hold in abeyance all pending motions herein filed. (lcjdb2) (Entered: 02/09/2006). *Zaid et al. v. Bush, et al.*, Case No. 05-1646 (JDB).

[2]   Respondents also produced factual returns on the same day that the *Gherebi* order -- cited by respondents in the comment above -- was issued, in an action encompassed by that order. *See Al-Shimrani, et. al. v. Bush, et. al.*, 05-2249 (RMC), Exh. 1 to Dkt. No. 18 (Response to Order of Court).  Factual returns had already been provided in other cases encompassed by the orders cited by respondents in the above-mentioned comment.

2