IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLA ALI BIN ALI AHMED**, *et al.*, | ) |
| | ) |
| *Petitioners/Plaintiffs*, | ) |
| | ) |
| v. | ) NOTICE OF APPEARANCE |
| | ) <u>OF CO-COUNSEL</u> |
| **GEORGE W. BUSH**, *et al.*, | ) Index No. 05-1678 (GK) |
| | ) |
| *Respondents/Defendants*. | ) |

**PLEASE TAKE NOTICE** that the undersigned counsel, Ian Wallach, hereby withdraws as counsel for Petitioners in this matter. Petitioners will continue to be represented by co-counsels Gitanjali S. Gutierrez, Esq. and Barbara Olshansky, Esq. of the Center for Constitutional Rights.

Dated: April 26, 2006         By:        /s/
Ian Wallach
21 Quarterdeck Street, Suite A
Marina del Rey, CA  90292
Tel:  310.822.1587
Fax: 310.823.3458
e-mail: iwallach@nyc.rr.com