# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALLAH ALI BIN ALI AHMED,<br>    *Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>    *Respondents*. | APPEARANCE<br><br>Civil Action No. 05-cv-01678 (GK) |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner Allah Ali Bin Ali Ahmed, and Wagdi Ali Bin Ali, as Next Friend of Allah Ali Bin Ali Ahmed in this matter. Service upon counsel may be made to:

>Brent N. Rushforth, DC Bar No. 398123
>Kit A. Pierson, DC Bar No. 331074
>Stuart M. Rennert
>Sarah B. Pojanowski
>Jenny L. Workman
>**HELLER EHRMAN LLP**
>1717 Rhode Island Avenue, NW
>Washington, DC 20036
>Tel: (202) 912-2000
>Fax: (202) 912-2020

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner without compensation.

Dated: June 14, 2006                                          Respectfully submitted,

                                                              Counsel for Petitioner:

                                                               /s/  Kit A. Pierson
                                                              Brent N. Rushforth
                                                              Kit A. Pierson
                                                              Stuart M. Rennert
                                                              Sarah B. Pojanowski
                                                              Jenny L. Workman
                                                              **HELLER EHRMAN LLP**
                                                              1717 Rhode Island Avenue, NW
                                                              Washington, DC 20036
                                                              Tel: (202) 912-2000
                                                              Fax: (202) 912-2020