## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
**ALLA ALI BIN ALI AHMED**,                )
also listed as ALI BIN ALI ALEH;            )
)
and                                                        )
)
**Wagdi Ali Bin Ali,**                              )
as Next Friend of                                   )
Alla Ali Bin Ali Ahmed;                         )
)
*Petitioners*,                                    )
)
*v.*                                               )  **CIVIL ACTION NO. 05-CV-01678 (GK)**
)
**GEORGE W. BUSH**, *et al.*,                )
)
*Respondents.*                                )
_____)

### [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2005, upon consideration of Petitioner's motion amend and to appoint Kit A. Pierson, Brent N. Rushforth, Stuart M. Rennert, Sarah B. Pojanowski, and Jenny L. Workman as Counsel to Petitioner under 18 U.S.C. § 3006A(a)(2)(B) and an award of costs (only, as legal fees and other expenses are being donated on a *pro bono* basis) under 18 U.S.C. § 3006A(d), it is hereby

**ORDERED** that Petitioner's Motion is **GRANTED**.  It is further

**ORDERED** that the Court , at its convenience but no less than ____ times per year, and at the end of this action, shall evaluate Kit A. Pierson, Brent N. Rushforth, Stuart M. Rennert, Sarah B. Pojanowski, and Jenny L. Workman's submissions for

1

reimbursement and, upon the Court's approval, submit such invoices for

reimbursement.

                                                BY THE COURT:

                                                _____
                                                Gladys Kessler
                                                United States District Judge