# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALLA ALI BIN ALI AHMED,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | Civil Action No. 05-1678 (GK) |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of Petitioners' Motion to Appoint Ian Wallach as counsel to Petitioners under 18 U.S.C. § 3006A(a)(2)(B) and an award of costs (only as legal fees and other expenses are being donated on a *pro bono* basis), and given the fact that Ian Wallach has withdrawn as counsel, it is this 31st day of July, 2006, hereby

**ORDERED**, that Petitioners' Motion is **denied**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**