IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALLA ALI BIN ALI AHMED, *et al.*,   )<br>    )<br>    Petitioners,   )<br>    )<br>v.   )<br>    )<br>GEORGE W. BUSH, *et al.*,   )<br>    )<br>    Respondents.   )<br>    ) | Civil Action No. 05-CV-1678 (GK) |

**<u>RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION TO STAY AND ABEY</u>**

On June 7, 2007, petitioner in the above-captioned case filed a motion to stay this case and to have it held in abeyance. *See* dtk. no. 51. Respondents filed a motion to dismiss the proceedings in this case on April 19, 2007. *See* Respondents' Motion To Dismiss (dkt. no. 49). Respondents oppose petitioner's motion to stay and abey on the grounds set forth in their memorandum of law filed in support of their motion to dismiss, to which respondents respectfully refer the Court.

Dated: June 8, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

 /s/   Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JEAN LIN
JAMES J. SCHWARTZ

ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar No. 23840-49)
NICHOLAS A. OLDHAM
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Rm. 7212
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents