IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ALLA ALI BIN ALI AHMED**, also listed as ALI BIN ALI ALEH; and **Wagdi Ali Bin Ali,** as Next Friend of Alla Ali Bin Ali Ahmed; *Petitioners*, v. **GEORGE W. BUSH**, *et al.*, *Respondents.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CIVIL ACTION NO. 05-CV-01678 (GK)** |

**CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION**

Sarah B. Pojanowski, Counsel for Petitioner Ali Ahmed, hereby certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioner Ali Ahmed without compensation.

Dated: June 26, 2007

  /s/ Sarah B. Pojanowski
Sarah B. Pojanowski
**HELLER EHRMAN LLP**
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020