IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLA ALI BIN ALI AHMED**, also listed as ALI BIN ALI ALEH, and **Wagdi Ali Bin Ali,** as Next Friend of Alla Ali Bin Ali Ahmed, *Petitioners*, v. **GEORGE W. BUSH**, *et al.*, *Respondents.* | CIVIL ACTION NO. 05-CV-01678 (GK) |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that Petitioner has filed a **NOTICE REGARDING ACTIVITY IN THIS CASE AND OTHER GUANTANAMO CASES**, submitted this day to the Court Security Officer for classification review. After review, the public document will be filed, pursuant to the Protective Order entered in this case.

Dated: July 6, 2007.

Respectfully submitted,

Counsel for Petitioner:

 */s/ Kit A. Pierson*
Brent N. Rushforth, DC Bar No. 331074
Kit A. Pierson, DC Bar No. 398123
Sarah B. Pojanowski, DC Bar No. 502036
Jenny L. Workman, DC Bar No. 502584
Elizabeth Arora
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020

Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
66 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499