IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GUANTANAMO BAY DETAINEE LITIGATION** | Misc. No. 08-442 (TFH) |
| This document relates to:<br><br>**ALLA ALI BIN ALI AHMED,**<br>also listed as ALI BIN ALI ALEH,<br><br>and<br><br>**Wagdi Ali Bin Ali**<br>as Next Friend of<br>Alla Ali Bin Ali Ahmed,<br><br>              Petitioners/Plaintiffs,<br>     v.<br><br>**GEORGE W. BUSH**, et al.,<br><br>              Respondents/Defendants. | Civil Action No. 05-1678 (GK) |

**PETITIONER ALI AHMED'S STATUS REPORT**

This status report describes the current position of Petitioner Ali Ahmed's habeas corpus petition, filed on August 20, 2005.

**Factual Return.**  Respondent produced a factual return in this case on March 7, 2006.

**Protective Order.**  The following protective orders were entered in this case on December 7, 2005:  (1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first

issued on November 8, 2004, 344 F. Supp. 2d 174 (D.D.C. 2004); (2) the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and (3) the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004.

**Notice of Transfer.** On December 7, 2005, the court entered an order requiring the government to provide the Court and Petitioners' counsel with thirty days advance notice of transfer from Guantanamo.

**Pending Motions.** This case has 2 pending motions. On April 19, 2007, Respondents filed a Motion to Dismiss for lack of jurisdiction. This motion should be denied in light of the Supreme Court's ruling in *Boumediene v. Bush*, 128 S. Ct. 2229 (2008). On June 7, 2007, Petitioners filed a Motion to Stay Habeas Action and Hold Habeas Action in Abeyance Pending Exhaustion of Remedies and Supreme Court Consideration of Jurisdiction. This motion is properly dismissed as moot in light of the Supreme Court's ruling in *Boumediene v. Bush*, 128 S. Ct. 2229 (2008) and because Petitioner did not file a petition for release under the Detainee Treatment Act.

**Status of Stay.** The court stayed this case on December 7, 2005, pending the resolution of *Khalid v. Bush*, No. 04-1142, and *In re Guantanamo Detainee Cases*, No. 02-299. The stay should be removed immediately, allowing Petitioner to pursue his case in an expeditious manner, as the Supreme Court instructed in *Boumediene v. Bush*, 128 S. Ct. 2229 (2008).

Dated: July 18, 2008

Respectfully submitted,

Counsel for Petitioner:

   */s/ Brent N. Rushforth*
Brent N. Rushforth (DC 331074)
Kit A. Pierson (DC 398123)
Sarah B. Pojanowski (DC 502036)
**HELLER EHRMAN LLP**
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020

Shayana Kadidal (DC 49512)
Pardiss Kebriaei (DC 51395)
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLA ALI BIN ALI AHMED,** <br> also listed as ALI BIN ALI ALEH; <br><br> and <br><br> **Wagdi Ali Bin Ali** <br> as Next Friend of <br> Alla Ali Bin Ali Ahmed; <br><br>     Petitioners/Plaintiffs, <br><br>  v. <br><br> **GEORGE W. BUSH**, et al., <br><br>     Respondents/Defendants. | **MISC. ACTION NO. 08:442 (TFH)** <br> **CIVIL ACTION NO. 05-CV-01678 (GK)** |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 18th day of July, 2008, I caused a true and correct copy of **PETITIONER ALI AHMED'S STATUS REPORT** to be served by on the ECF system:

TERRY M. HENRY
ANDREW WARDEN
JUDRY SUBAR
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470
Counsel for Respondents

                */s/ Brent N. Rushforth*