**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
ALL ALI BIN ALI AHMED,         :
et al.,                        :
                               :
    Petitioners,               :
                               :
    v.                         :   Civil Action No. 05-1678 (GK)
                               :
BARACK H. OBAMA, et al.,¹      :
                               :
    Respondents.               :
_____:
```

**ORDER**

A Status Conference was held in this case on February 11, 2009, which was closed to the public due to discussion of classified information. Upon consideration of the representations of the parties pertaining to the status of the case, as well as Petitioner's Motion Requesting Discovery, and the entire record herein, it is hereby

**ORDERED**, that the Government will produce by **Wednesday, February 18, at 5:00 p.m.**, exculpatory evidence related to those statements made by the Petitioner that the Government relies on to establish its case for detention, as well as exculpatory evidence related to statements made by any other individuals that the Government relies on to establish its case for detention; and it is further

---

[1] Former President George W. Bush was named as the original lead respondent in this case. Pursuant to Federal Rule of Civil Procedure 25(d), the Court automatically substitutes his successor, President Barack H. Obama, as the new lead respondent.

**ORDERED,** that any classified statements that the Government relies on and alleges were made by the Petitioner may be shared with the Petitioner by counsel, provided that the Privilege Review Team determines that such statements were made by Petitioner to agents of the United States Government;[2] and it is further

**ORDERED,** that the Government must produce all credibility assessments made by agents of the United States Government related to those individuals whose statements the Government relies on to establish its case for detention; and it is further

**ORDERED,** that Petitioner file any requests for stipulations or admissions that he deems appropriate; and it is further

**ORDERED,** that the Government will file a Notice with the Court when it has completed processing Petitioner's request for de-classification of priority materials; and it is further

**ORDERED,** that Petitioner's Motion Requesting Discovery is **granted in part and denied in part**; and it is further

**ORDERED,** that a further Status Conference shall be held in this case on **February 26, 2009, at 2:00 p.m.**

|  |  |
|---|---|
| February 12, 2009 | /s/<br>Gladys Kessler<br>United States District Judge |

---

[2] See Judge Hogan's Order of January 15, 2009, granting Petitioner's Motion for Authorization to Review Petitioner's Statements with Petitioner and Request for Expedited Consideration in Alsawam v. Bush (05-1244). The Motion itself [Dkt. 100] describes the existing process for reviewing classified statements with the Privilege Review Team so that counsel can share that information with their clients. See id. at 2-5.