**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                    :
**ALL ALI BIN ALI AHMED,**          :
**et al.**,                         :
                                    :
     Petitioners,                   :
                                    :
     v.                             :    Civil Action No. 05-1678 (GK)
                                    :
**BARACK H. OBAMA**, **et al.**,    :
                                    :
     Respondents.                   :
_____:

### ORDER

A Status Conference was held in this case on February 26, 2009, which was closed to the public due to discussion of classified information. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that the Government shall respond to Petitioner's Request for Admissions by **March 9, 2009.** If the Government is unable to respond by that date, it shall file a Praecipe explaining why and include a reliable estimation of when the Government will be able to respond; and it is further

**ORDERED**, that **March 10, 2009,** is the final deadline for the Government to produce exculpatory evidence -- including credibility assessments -- related to the four individuals whose statements the Government principally relies on to establish its case for detention; and it is further

**ORDERED**, that the Government shall submit a Praecipe on **March 10, 2009,** estimating how long it will take to produce such evidence

-2-

for any remaining individuals that the Government relies on to establish its case for detention.

_____                /s/_____
February 26, 2009                             Gladys Kessler
                                              United States District Judge

<u>Copies to</u>:  Attorneys of Record via ECF