IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:  )<br>)<br>GUANTANAMO BAY  )<br>DETAINEE LITIGATION  )<br>)  | Misc. No. 08-442 (TFH) |
| ALLA ALI BIN ALI AHMED,  )<br>*et al.*,  )<br>Petitioners,  )<br>)<br>v.  )<br>)<br>BARACK H. OBAMA, *et al.*,  )<br>)<br>Respondents.  ) | Civil No. 05-1678 (GK) |

### PETITIONER'S NOTICE OF CLASSIFIED FILING OF MOTION FOR JUDGMENT

Petitioner hereby provides notice of the classified filing of Petitioner's Motion for Judgment.

|  | Respectfully submitted, |
|---|---|
| Dated: March 25, 2009 | /s/ Kit A. Pierson |
|  | _____ |
| Shane Kadidal (DC #454248)<br>CENTER FOR<br>CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor, Suite 300<br>New York, NY 10012<br>New York, NY 10012 | Kit A. Pierson (DC #398123)<br>Cohen Milstein Sellers & Toll,<br>1100 New York Avenue, NW<br>Suite 500 West<br>Washington, DC 20005<br>(202) 408-4603 |
| *Of Counsel for Petitioner* | Brent N. Rushforth<br>(DC #13235)<br>Day Pitney LLP<br>1100 New York Ave., N.W.<br>Suite 300<br>Washington, D.C. 20005<br>(202) 218-3917 |

1

438527.3 3

## **CERTIFICATE OF SERVICE**

I, Kit A. Pierson, hereby certify that on March 25, 2009, I electronically filed and served Petitioner's Notice of Classified Filing of Motion for Judgment.

/s/ Kit A. Pierson