UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALLA ALI BIN ALI AHMED,** *et al.*, | : | |
| | : | |
| Petitioners, | : | |
| | : | |
| v. | : | Civil Action No. 05-1678 (GK) |
| | : | |
| **BARACK H. OBAMA,** *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

Upon consideration of the merits hearing which is scheduled for April 14, 2009, and the briefs which have been filed therein, it is this 2nd day of April 2009, hereby

**ORDERED**, that a Pretrial Conference, in Chambers, is scheduled for **April 9, 2009, at 10:00 a.m.**[1]

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**

---

[1] Counsel should inform the Court immediately if they have a conflict with this date and time.