Case 1:05-cv-01678-GK   Document 212   Filed 05/04/09   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**ALLA ALI BIN ALI AHMED**, : 
<u>et</u> <u>al.</u>, :
 :
    **Petitioners**, :
 :
    v. : Civil Action No. 05-1678 (GK)
 :
**BARACK H. OBAMA**, <u>et</u> <u>al.</u>, :
 :
    **Respondents**. :
_____:

### ORDER

For the reasons set forth in this Court's Classified Memorandum Opinion of May 4, 2009,[1] it is hereby

**ORDERED**, that Petitioner Alla Ali Bin Ali Ahmed's petition for a writ of habeas corpus is **granted**; and it is further

**ORDERED**, that the Government take all necessary and appropriate diplomatic steps to facilitate Petitioner's release forthwith, and to report back to the Court no later than **June 15, 2009,** as to the status of Petitioner's release.

                                                        /s/
May 5, 2009                          Gladys Kessler
                                        United States District Judge

<u>Copies to</u>:  Attorneys of Record via ECF

---

[1] The Classified Opinion is currently undergoing classification review. As soon as it is completed, the Unclassified Opinion will be made public.