**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MOHAMMAD AL-ADAHI, <u>et</u> <u>al.</u>, : | |
| : | |
| Petitioners, : | |
| : | |
| v. : | Civil Action  No. 05-280 (GK) |
| : | |
| BARACK H. OBAMA, <u>et</u> <u>al.</u>, : | |
| : | |
| Respondents. : | |
| _____ : | |
| : | |
| RAFIQ BIN BASHIR BIN JALLUL : | |
| ALHAMI, <u>et</u> <u>al.</u>, : | |
| : | |
| Petitioners, : | |
| : | |
| v. : | Civil Action No. 05-359 (GK) |
| : | |
| BARACK H. OBAMA, <u>et</u> <u>al.</u>, : | |
| : | |
| Respondents. : | |
| _____: | |
| : | |
| FARHI SAEED BIN MOHAMMED, : | |
| <u>et</u> <u>al.</u>, : | |
| : | |
| Petitioners, : | |
| : | |
| v. : | Civil Action No. 05-1347 (GK) |
| : | |
| BARACK H. OBAMA, <u>et</u> <u>al.</u>, : | |
| : | |
| Respondents. : | |
| _____ | |
| JIHAD DHIAB, <u>et</u> <u>al.</u>, : | |
| : | |
| Petitioners, : | |
| : | |
| v. : | Civil Action No. 05-1457 (GK) |
| : | |
| BARACK H. OBAMA, <u>et</u> <u>al.</u>, : | |
| : | |
| Respondents. : | |
| _____: | |

**HAMID AL RAZAK, et al.,**            :
                                        :
       Petitioners,          :
                                        :
         v.                    :     **Civil Action No. 05-1601 (GK)**
                                        :
**BARACK H. OBAMA, et al.,**           :
                                        :
       Respondents.          :
_____:
                                        :
**ALLA ALI BIN ALI AHMED,**  _____  :
**et al.,**                            :
                                        :
       Petitioners,          :
                                        :
         v.                    :     **Civil Action No. 05-1678 (GK)**
                                        :
**BARACK H. OBAMA, et al.,**           :
                                        :
       Respondents.          :
_____:
                                        :
**MOHAMMED AHMED TAHER, et al.,**  :
                                        :
       Petitioners,          :
                                        :
         v.                    :     **Civil Action No. 06-1684 (GK)**
                                        :
**BARACK H. OBAMA, et al.,**           :
                                        :
       Respondents.          :
                                        :
_____

**MUHAMMAD AHMAD ABDALLAH**           :
**AL ANSI, et al.,**                   :
                                        :
       Petitioners,          :
                                        :
         v.                    :     **Civil Action No. 08-1923 (GK)**
                                        :
**BARACK H. OBAMA, et al.,**           :
                                        :
       Respondents.          :
                                        :
_____:

## ORDER

It is hereby ordered that Petitioners shall, from this date forward, file with the Court two copies of all classified submissions.

|  |  |
|---|---|
| August 11, 2009 | /s/<br>Gladys Kessler<br>United States District Judge |

**Copies to:**  Attorneys of Record via ECF