## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLA ALI BIN ALI AHMED,** *et al.,* : : : | |
| Petitioner, : : | |
| v. : : | Civil Action No. 05-1678 (GK) |
| **BARACK H. OBAMA,** *et al.,* : : | |
| Respondents. : | |

### ORDER

A closed Status Conference was held in this case on September 11, 2009. Petitioner remained in confinement in Guantanamo Bay, Cuba, at that time. The Court heard argument from Respondents and from Petitioner. The Court then ordered Petitioner transferred by the United States to Yemen on or before September 24, 2009. In compliance with the Court's Order, the United States began the transfer of Petitioner to Yemen on September 24, 2009, and completed the transfer on September 25, 2009.

**SO ORDERED**.

October 1, 2009

/s/
Gladys Kessler
United States District Judge